M. MORTON ANSORGE, Respondent, v. ELIZABETH BELFER, Appellant. BANK OF THE MANHATTAN COMPANY, Defendant.— Order denying defendant Belfer's motion for judgment on counterclaim for failure to reply, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

MALAKI AROUT, Appellant, v. MARY AZAR and NAGEEB AZAR, Respondents.— Order granting defendants' motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

NATHAN BALMUTH, Respondent, v. SAMUEL L. ORLINGER and SALLY ROSENTHAL, Appellants.— Order denying defendants' motion to dismiss first and second causes of action in amended complaint or strike out certain allegations thereof affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

BERTHA BELFORD, Respondent, v. WILLIAM J. BELFORD, Appellant.— Order denying defendant's motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

DAVID BRAUNSTEIN, Respondent, v. HERBERT G. EINSTEIN and Others, Copartners, etc., Appellants.— Order granting plaintiff's motion for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

BARNEY COHEN, Respondent, v. JOSEPH RIMER and CELIA RIMER, Appellants. — Judgment and order of the County Court of Kings county reversed upon the law, with ten dollars costs and disbursements. We are of opinion that the pleadings presented an issue of fact which the learned county judge was not authorized to determine on affidavits. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

JOHN EDWARD COLE, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of MAY MASONE, Respondent, v. ARCHIE CHESTNUT, Appellant.— Order of filiation of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ROSE SACHAR, Respondent, v. MEYER RUBIN, Appellant.— Order of filiation of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.